# IN THE UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| In re:  Alexis D Hill | ) | Case no. 18-26452 |
| | ) | |
| | ) | Chapter 13 |
| | ) | |
| Debtor | ) | Judge:  Janet S. Baer |
| | ) | |

## NOTICE OF MOTION AND CERTIFICATE OF SERVICE

| | | |
|---|---|---|
| Alexis D Hill<br>5685 Tiburon Ct #D<br>Hanover Park, IL  60133 | David Cutler<br>4131 Main St<br>Skokie, IL 60076 | Navient CFC<br>c/o Navient Solutions, LLC<br>PO BOX 9640<br>Wilkes-Barre, PA 18773-9640 |

Please take notice that on Friday, June 28, 2019 at  9:15 am, a representative of this office shall appear before the Honorable Judge Janet S. Baer at the Kane County Courthouse, 100 S 3rd Street, Courtroom 240, Geneva, IL 60134 and present the motion set forth below.

I certify that this office caused a copy of this notice to be delivered to the above listed debtor and creditor by depositing it in the U.S. Mail at 801 Warrenville Road, Lisle, IL and to the debtor's attorney electronically via the Court's CM/ECF system on Thursday, May 16, 2019.

/s/ Benjamin Ruggles

For:  Glenn Stearns, Trustee

---

## OBJECTION TO CLAIM # 10

Now comes Glenn Stearns, Chapter 13 Trustee, and requests disallowance of the above referenced claim pursuant to 11 U.S.C. Section 502(b) and in support thereof, states the following:

1.  On September 19, 2018 the Debtor filed a petition under Chapter 13.
2.  The bar date for non-governmental creditors to file claims was 11/28/2018.
3.  NAVIENT SOLUTIONS INC filed a claim on December 06, 2018 (# 10 on PACER) in the amount of $7,523.34; the claim was filed after the claims bar date.
4.  Pursuant to §502(b)(9) if an objection is made to a claim that was filed after the applicable bar date it must be disallowed as not timely filed.

WHEREFORE, the Trustee prays that said late filed claim of Navient Solutions Inc be disallowed, and for such other and further relief as this court deems proper.

Respectfully Submitted;

/s/  Carolyn A. Suzzi

For:  Glenn Stearns, Trustee

Glenn Stearns, Chapter 13 Trustee
801 Warrenville Road, Suite 650
Lisle, IL  60532-4350
Ph: (630) 981-3888