UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re:  )  BK No.: 18-26452
Alexis D Hill )
 )  Chapter: 13
 )  Honorable Janet S. Baer
 )
 )
 )
Debtor(s) )

## ORDER DISALLOWING CLAIM #10

This matter coming on the Trustee's Objection to Claim, proper notice given and the court being advised in the premises;

IT IS HEREBY ORDERED that the trustee's objection to Claim No. 10 is sustained, and therefore, the proof of claim is disallowed.

Enter:

*Janet S. Baer*

Honorable Janet S. Baer
United States Bankruptcy Judge

June 28, 2019

**Prepared by:**

Glenn Stearns Chapter 13 Trustee

801 Warrenville Road, Suite 650

Lisle, IL 60532-4350

(630-981-3888)