UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re: )  BK No.: 18-26452
Alexis Hill )
 )  Chapter: 13
 )  Honorable Janet S. Baer
 )
 )  Kane
Debtor(s) )

## ORDER ALLOWING LATE FILED CLAIM

THIS MATTER coming to be heard pursuant to Debtor's Motion to Allow Late-Filed Claim, to deem ARM Professional Services Proof of Claim filed timely, due notice having been given and the Court being advised that the Debtor has no objection thereto, and the Court, being duly otherwise advised,

IT IS SO ORDERED:

1. The Proof of Claim on behalf of ARM Professional Services is hereby deemed timely filed and the Debtor has no objection to said claim.

Enter:

*/s/ Janet S. Baer*

Honorable Janet S. Baer
United States Bankruptcy Judge

Dated: June 12, 2020

**Prepared by:**

David H. Cutler
Cutler & Associates, Ltd.
4131 Main St.
Skokie, IL 60076
(847) 673-8600